# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| RALPH ROBINSON )<br>*Plaintiff* )<br>v. )<br>LVNV FUNDING, LLC, ET AL )<br>*Defendant* ) | Civil Action No. 2:12-cv-30 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* RALPH ROBINSON recover from the defendant *(name)* LVNV FUNDING, LLC. ET AL. the amount of One thousand dollars ($ 1,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☑ tried by a jury with Judge Curtis L. Collier presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 2/5/2014

*CLERK OF COURT*

Debra C. Poplin

*Signature of Clerk or Deputy Clerk*

Print    Save As...    Reset