IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| RALPH ROBINSON ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:12-CV-30 |
| ) | **District Judge Collier** |
| HOSTO & BUCHAN, PLLC, ) | **Magistrate Judge Carter** |
| ) | |
| ) | <u>Jury Trial Demanded</u> |
|     Defendant. ) | |

**NOTICE OF POST JUDGMENT DISCOVERY REQUESTS**

Comes the Plaintiff, Ralph Robinson, and hereby certifies that it has served on Defendant Discovery in Aid of Execution of a Money Judgment Entered Against Defendant Hosto & Buchan, PLLC ("Defendant") in Federal Court, requiring Defendant to respond within the time limits prescribed by Fed. R. Civ. P. 33, 34 and 69.

03/18/14                      Respectfully submitted,

**RALPH ROBINSON**

s/    Alan C. Lee
Alan C. Lee, Esq., BPR# 012700
PO Box 1357
Talbott, TN 37877-1357
(423) 581-0924
alee@tndebtdefense.com

## CERTIFICATE OF SERVICE

I hereby certify that this 18th day of March 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Alan C. Lee
Alan C. Lee, Esq., Attorney for Plaintiff