# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| **RALPH ROBINSON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:12-CV-30-CLC-WBC |
| ) | |
| **HOSTO & BUCHAN, PLLC,** ) | <u>Jury Trial Demanded</u> |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT HOSTO & BUCHAN, PLLC'S APPEAL AS UNTIMELY

Plaintiff Ralph Robinson ("Plaintiff"), by and through counsel, respectfully move this Court to dismiss Defendant Hosto & Buchan, PLLC's ("Hosto") appeal as untimely, and contemporaneously files a memorandum in support of this motion.

12/17/14                              Respectfully submitted,

                                                **RALPH ROBINSON**

                                                /s/      Alan C. Lee
                                                Alan C. Lee, Esq., BPR # 012700
                                                P. O. Box 1357
                                                Talbott, TN 37877-1357
                                                (423) 581-0924
                                                alee@tndebtdefense.com

/s/     Everett H. Mechem
Everett H. Mechem, Esq., BPR # 011854
220 Broad Street, Suite 206
Kingsport, TN 37660
(423) 207-1300
everett@appconsumerlaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.

/s/     Alan C. Lee
Alan C. Lee, Esq., Attorney for Plaintiff